# THIRD DEPARTMENT, FEBRUARY, 1982

## (February 18, 1982)*

■ In the Matter of the Claims of JOSEPH DI MARTINO et al., Respondents. BUFFALO COURIER EXPRESS CO., INC., Appellants; PHILIP ROSS, as Industrial Commissioner, Respondent. — Decision affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Mikoll, Yesawich, Jr., and Levine, JJ., concur.